### The BOARD OF TRUSTEES OF THE FOUNTAINS AT MOSS HOLLOW SUBDIVISION, Plaintiff/Appellant,

v.

### Damon SHULTZ and Amy Shultz, Defendants/Respondents.

#### No. ED 104269

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

FILED: February 21, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2017

Richard J. Magee, Clayton, Missouri, for appellant.

Robert W. Bilbrey, Imperial, Missouri, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

#### ORDER

**PER CURIAM**

Appellant The Board of Trustees of the Fountains at Moss Hollow appeals the trial court's amended judgment dismissing with prejudice its action against Respondents Damon and Amy Shultz. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).